THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RICHARD C. SCHAUFFERT, Appellant.

Argued February 27, 1951; decided April 5, 1951.

*Samuel Resnicoff* for appellant.

*Charles P. Sullivan, District Attorney (Howard R. Lonergan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE and FULD, JJ.; CONWAY and FROESSEL, JJ., dissent upon the ground that the guilt of the defendant was not established beyond a reasonable doubt.